CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.        FEB.09,2012        Time:2:30pm

CR-07-9                              DEFT NUMBER:

DEFT NAME: **Marcos Bareto**

   X present      ____ not present      ✓ cust.      ____ bail

DEFENSE COUNSEL: **Gary Villanueva**

   X present      ____ not present      ✓ CJA       ____ RET.       ____ LAS

**A.U.S.A.: Brendan King**                        CLERK: D. LASALLE

Reporter: Anthony Frisolone                 OTHER: P.O. Deniz

INT:   (LANG.-        )

XXX   CASE CALLED.    ____ SENTENCING ADJ'D TO _____ .

X    SENTENCING HELD.    x   STATEMENTS OF DEFT AND COUNSEL HEARD.

x    DEFT SENTENCED ON COUNT    ONE    OF THE (Superseding) Indictment / (Information.)

Deft is sentenced to time served; 5 years supervised release; a special assessment of $100 is imposed.

REMAINING OPEN COUNTS ARE DISMISSED ON   ____ GOVTS MOTION

                                        ____ COURT'S MOTION

✓ COURT ADVISED DEFT OF RIGHT TO APPEAL.   ____ I.F.P. GRANTED.

____ DEFT REMANDED.    ____ DEFT ON BAIL PENDING APPEAL.

**OTHER:**